UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE DELGADILLO,              ) | NO. CV 08-34-ABC(E) |
|                                ) | |
|           Petitioner,          ) | |
|                                ) | ORDER ADOPTING FINDINGS, |
|      v.                        ) | |
|                                ) | CONCLUSIONS AND RECOMMENDATIONS |
| MICHAEL E. POULUS, Warden,     ) | |
|                                ) | OF UNITED STATES MAGISTRATE JUDGE |
|           Respondent.          ) | |
|                                ) | |
| _____) | |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records herein and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the Magistrate Judge's Report and Recommendation.

   IT IS ORDERED that Judgment be entered denying and dismissing the Petition without prejudice.

///

///

///

///

1        IT IS FURTHER ORDERED that the Clerk serve copies of this
2   Order, the Magistrate Judge's Report and Recommendation and the
3   Judgment herein by United States mail on Petitioner and counsel for
4   Respondent.

6        LET JUDGMENT BE ENTERED ACCORDINGLY.

8        DATED:   September 29, 2008

              */s/ Audrey B. Collins*

                    _____
                         AUDREY B. COLLINS
                    UNITED STATES DISTRICT JUDGE