**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JORGE DELGADILLO, | ) | NO. ED CV 07-34-ABC(E) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| MICHAEL E. POULUS, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: September 29, 2008

*/s/ Audrey B. Collins*
_____
        AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE